# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VOYAGER INDEMNITY INSURANCE COMPANY<br><br>Plaintiff,<br><br>v.<br><br>GETAROUND, INC. a corporation. ,<br><br>Defendant. | Case No. 4:18-cv-03366-HSG<br><br>ORDER ON JOINT STIPULATION TO STAY MATTER PENDING BINDING ARBITRATION |

Per the stipulation of the parties and for good cause shown, it is hereby **ORDERED** that this matter is stayed pending resolution of binding arbitration. The Court shall retain jurisdiction to enter a final order enforcing the arbitrator's award. Further, the parties shall file a joint status report of no more than two pages regarding the status of arbitration every three months.

**IT IS SO ORDERED.**

DATED: 8/7/2018

*Haywood S. Gilliam Jr.*

Hon. Haywood S. Gilliam, Jr.